UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Docket # 21-CR-00199-TJK |
| vs. | ) Judge T. J. Kelly |
| VINCENT CHERRY | ) Status: January 6, 2022 |
| Defendant | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Third Motion for Modification of Conditions of Release, and the Memorandum of Points and Authorities in Support Thereof, [and the consent of United States to this Motion, if any] as well as any other reason apparent to this Court, it is on this _____ day of _____, 2022 by the United States District Court for the District of Columbia hereby

ORDERED that the Defendant's Third Motion for Modification of Conditions of Release is hereby GRANTED.

_____
Judge T. J. Kelly